UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RUSSELL COWLES,

    Plaintiffs,

v.                                            Case No. 2:23-CV-600-JLB-NPM

GRETCHEN HENTCH-COWLES,

    Defendants.

_____

**AFFIDAVIT OF RESIDENCY**

    I, Gretchen Hentsch-Cowles, hereby swear and affirm as follows:

1. In or about May 2021 I moved to the state of Connecticut and have continued to live in either an apartment or rental home in Connecticut since that time.

2. Since about August 2022, I have rented a home at 19 Ledge Road, Old Greenwich, Connecticut, 06870, where I live with my four children.

3. I receive mail and pay for utilities at that address.

4. At the time of the filing of this suit, and to date I have held, and continue to hold, a driver's license issued by the state of Connecticut.

5. I previously lived in Texas from 2007 until 2019 and previously owned a home there, but I sold it before the filing of this suit.

6. I regularly travel to Texas and conduct business there, including maintaining a mailing address and physical address in that state.

Upon the completion of business, I return to my home in Greenwich, Connecticut, where I physically reside with my children.

7. I currently have no immediate intention to leave Connecticut until my children complete their secondary education. However, given my background living in other countries and states, depending upon the circumstances, I anticipate that I will eventually move elsewhere, including back to Texas.

8. Over the last twenty-five years I have been neither a resident, nor a domiciliary, of the state of Florida where the Plaintiff, Russell Cowles, resides.

FURTHER DECLARANT SAYETH NOT.

I, Gretchen Hentsch-Cowles, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2024.

_____
GRETCHEN HENTCH-COWLES

Respectfully Submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant,*
*GRETCHEN HENTSCH-COWLES*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33156
Telephone (786) 268-6415
Facsimile (305) 373-2294
Primary e-mail:
 william.xanttopoulos@csklegal.com
Alternate e-mail:  paola.valdes@csklegal.com

*/s/ William Xanttopoulos*
WILLIAM XANTTOPOULOS
Florida Bar No.: 997668

## CERTIFCATE OF SERVICE

I hereby certify that on January 2, 2024, the above document was filed with CM/ECF which will serve a copy of the above on all counsel of record.

*/s/ William Xanttopoulos*
An Attorney for Defendant
Gretchen Hentsch-Cowles

3